UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MICHELLE BURRIS, <br><br>         Plaintiff, <br><br>    v. <br><br>COUNTY OF PLACER, and DOES 1 through 100, inclusive, <br><br>         Defendants. | Case No. 2:09-CV-03299 JAM-DAD <br><br> RELATED CASE ORDER |
| GEORGE R. WASLEY, JR., <br><br>         Plaintiff, <br><br>    v. <br><br>COUNTY OF PLACER, and DOES 1 through 100, inclusive, <br><br>         Defendants. | RELATED: <br>Case No. 2:09-CV-03306 WBS-KJM |
| THOMAS S. VAN HORNE, an individual, <br><br>         Plaintiff, <br><br>    v. <br><br>COUNTY OF PLACER, and DOES 1 through 100, inclusive, <br><br>         Defendants. | RELATED: <br>Case No. 2:09-CV-03309 WBS-GGH |

Examination of the above-entitled actions reveals that these actions are related within the meaning of E.D. Cal. Local Rule 123.

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Accordingly, the assignment of the matters to the same judge and
2 | magistrate judge is likely to affect a substantial savings of
3 | judicial effort and is also likely to be convenient for the
4 | parties.
5 |     The parties should be aware that relating the cases under
6 | Local Rule 123 merely has the result that these actions are
7 | assigned to the same judge and magistrate judge; no consolidation
8 | of the actions is effected.  Under the regular practice of this
9 | court, related cases are generally assigned to the judge and
10 | magistrate judge to whom the first filed action was assigned.
11 |     IT IS THEREFORE ORDERED that the actions denominated 2:09-CV-
12 | 03306-WBS-KJM and 2:09-CV-03309-WBS-GGH be reassigned to Judge John
13 | A. Mendez and Magistrate Judge Dale A. Drozd for all further
14 | proceedings, and any dates currently set in the reassigned cases
15 | <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
16 | filed in the reassigned cases shall be shown as 2:09-CV-03306-JAM-
17 | DAD and 2:09-CV-3309-JAM-DAD.
18 |     IT IS FURTHER ORDERED that the Clerk of the Court make
19 | appropriate adjustment in the assignment of civil cases to
20 | compensate for this reassignment.
21 |     IT IS SO ORDERED.
22 | Dated:  April 20, 2010.              /s/ John A. Mendez_____
                                         JOHN A. MENDEZ
23                                       United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com