1  BRIGIT S. BARNES & ASSOCIATES, INC.
   BRIGIT S. BARNES, ESQ. CSB #122673
2  ANNIE R. EMBREE, ESQ., OF COUNSEL, CSB #208591
3  3262 Penryn Road, Suite 200
   Loomis, CA 95650
4  Telephone:  (916) 660-9555
   Facsimile:  (916) 660-9554
5

6  Attorneys for Plaintiff, MARY MICHELLE BURRIS

7                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
8                          SACRAMENTO DIVISION

9

10

11 MARY MICHELLE BURRIS              Case No.:  2:09-CV-03299-JAM-DAD

12       Plaintiff,                  **NOTICE OF SETTLEMENT AND
                                     REQUEST FOR DISMISSAL WITH
   v.                                PREJUDICE AND ORDER**
13                                   (FRCP 42(a)(1)(ii))
   COUNTY OF PLACER and DOES 1 through
14 100, inclusive.

15       Defendants.

16 _____/

17

18       NOTICE IS HEREBY GIVEN that Plaintiff MARY MICHELLE BURRIS and

19 Defendant COUNTY OF PLACER have reached a settlement of the within action effective July

20 25, 2011.

21       NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this

22 action through their designated counsel that, pursuant to FRCP 41(a)(1), the above-captioned

23 action be and hereby is dismissed with prejudice.

24 DATED: August 3, 2011              BRIGIT S. BARNES & ASSOCIATES, INC.,
                                      A Law Corporation
25

26                                   By:  _____/S/ - BRIGIT S. BARNES_____
                                         Brigit S. Barnes, Attorneys for Plaintiff
27                                       MARY MICHELLE BURRIS

28

---

Burris/Federal/NoticeofSett.ReqforDismissal            1            NOTICE OF SETTLEMENT AND
                                                                    REQUEST FOR DISMISSAL

1  DATED: August 3, 2011                    PLACER COUNTY COUNSEL'S OFFICE

2

3

4                                           By:  ____/S/ VALERIE FLOOD_____
                                                 Valerie Flood, Attorneys for COUNTY
                                                 OF PLACER
5

6   **IT IS SO ORDERED:**

7
    Dated: August  4, 2011                  /s/ John A. Mendez_____
8                                           UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burris/Federal/NoticeofSett.ReqforDismissal        2        NOTICE OF SETTLEMENT AND
                                                            REQUEST FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com